FILED
CLERK, U.S. DISTRICT COURT

MAY 26 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Robert Tringham

DEFENDANT(S).

CASE NUMBER

CR 09 - 490

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT
### TO BAIL REFORM ACT

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Friday May 29 2009_ , at _9:30_ ☑a.m. / ☐p.m. before the Honorable _Eick_ , in Courtroom _341_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: _5/26/09_

_____
U.S. District Judge/Magistrate Judge