UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 09-00490 SJO | Date | February 22, 2010 |
|---|---|---|---|

Present: The Honorable  S. James Otero

Interpreter  Not Required

| Victor Paul Cruz | Margarita Lopez | Joseph N. Akrotirianakis / Kerry C. O'Neill |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Tringham | xx | xx | | Defendant in Pro-Per | | | |

\_\_\_\_ Day <u>COURT TRIAL</u>     6th  Day <u>JURY TRIAL</u>

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made by _____

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified     \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.    Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29)   is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made    \_\_\_\_ Court instructs jury    \_\_\_\_ Bailiff sworn

\_\_\_\_ Alternates excused    \_\_\_\_ Jury retires to deliberate    \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:    \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) _____    \_\_\_\_ Not Guilty on count(s) _____

\_\_\_\_ Jury polled    \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists    \_\_\_\_ Filed Jury notes    \_\_\_\_ Filed Jury Instructions    \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.    Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X  Case continued to  Feb. 23, 2010 @ 8:30 a.m  for further trial/further jury deliberation.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Case was called.  Juror #4 called sick.  The parties stipulate to continue trial to 2/23/10.

The Court is advised that witnesses Chapman and Tanney have both been given immunity by the government.

Attorney Sara Caplan appears on behalf of witness Edward Akopian.  The Court Orders witness Akopian to return on Wednesday, 2/25/10 @ 8:30 a.m for trial.

The Court is advised that if made to testify, witness Akopian will assert his Fifth Amendment privileges.

The defendant advises the Court that he intends to call himself as a witness.  The Court advises the defendant of his right against self-incrimination.

Other: The Court advises the defendant that it will not appoint co-counsel for him.  The defendant acknowledges that will continue to proceed in pro-per.

: 0/48

Initials of Deputy Clerk   vpc