UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR 09-00490 SJO | Date | February 23, 2010 |
| Present: The Honorable | S. James Otero | | |
| Interpreter | Not Required | | |

| Victor Paul Cruz | Margarita Lopez | Joseph N. Akrotirianakis / Kerry C. O'Neill |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Tringham | xx | xx | | Defendant in Pro-Per | | | |

___ Day COURT TRIAL        7th Day JURY TRIAL

___ The Jury is impaneled and sworn.
___ Opening statements made by ___
___ Witnesses called, sworn and testified.
___ Exhibits identified    ___ Exhibits admitted
___ Government rests.    ___ Defendant(s) ___ rest.
___ Motion for mistrial by ___ is ___ granted ___ denied ___ submitted
___ Motion for judgment of acquittal (FRCrP 29) ___ is ___ granted ___ denied ___ submitted
___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn
___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations
___ Finding by Court as follows:    ___ Jury Verdict as follows:
Dft # ___ Guilty on count(s) ___    ___ Not Guilty on count(s) ___
___ Jury polled    ___ Polling waived
___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict
Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.
Dft # ___ remanded to custody.    Remand/Release# ___ issd.    Dft # ___ released from custody.
___ Bond exonerated as to Dft # ___
X Case continued to    Feb. 24, 2010 @ 8:30 a.m    for further trial/further jury deliberation.

Other: Government witnesses, Gary Lancaster, Jeri Tulipan, Jane Lian (recalled), Danilo Lara, John Kirsling, Douglas Tanney, and Annie Chapman, were called, sworn and testified.

The Court addresses attorney for witness Annie Chapman, Thomas Kielty's Objection [78]. The Court finds no violation of professional conduct.

: 5/29

Initials of Deputy Clerk    vpc

---

CR-78 (01/05)    **CRIMINAL MINUTES - TRIAL**    Page 1 of 1