LAW OFFICES OF PHILIP DEITCH
**Philip Deitch, SBN 29164**
Mailing Address: P.O. Box 8025
Van Nuys, California  91406-8025
Telephone:  (818) 717-0901
Fax Number:  (818) 717-0906
Philde@mindspring.com

Attorney For Claimant:
Orah Nicherie and Testament Farming and Trust

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 09-490 SJO |
| Plaintiff, | CLAIM OF ORAH NICHERIE AND TESTAMENT FARMING AND TRUST OF 3-19-2000 |
| vs. | |
| ROBERT TRINGHAM | |
| Defendant. | |

Orah Nicherie individually and as trustee of Testament Farming and Trust submits a claim in the above entitled action in the forfeiture proceedings pending in the above entitled action.

Dated: January 28, 2011          LAW OFFICE OF PHILIP DEITCH


                        ____/S/__ electronic signature
                        Philip Deitch
                        Attorney for claimant

– 1 –

CLAIM OF ORAH NICHERIE AND TESTAMENT FARMING AND TRUST

# CLAIM

1. **PROPERTY IN WHICH PETITIONER CLAIMS A LEGAL RIGHT OR INTEREST.**

> 2435 Clear Creek Lane
> Diamond Bar California 91765

2. **NATURE AND EXTENT OF RIGHT, TITLE AND INTEREST**

> Claimants are the lessees of the property and possess a 10 year lease on the property executed By Mr. Tringham

3. **TIME AND CIRCUMSTANCES OF CLAIMANTS ACQUISITION**

> The Lease was executed on 7/13/09; Mr. Tringham, the owner of the property, sought a person who would take care of the property; Ms. Nicherie sought a property that would enable her to create incubated wheatgrass seeds, which creates an intestinal cleanser that is used extensively in Northern Europe as an Old Testament dietary supplement. It is presently used extensively in the alternative medicine community.

> Ms. Nicherie moved into the property with all of her belongings and has commenced the farming proceedings.

4. **ADDITIONAL CIRCUMSTANCES**

> The government hired an independent contactor for the property who filed a state court unlawful detainer proceedings. The court in the unlawful detainer proceedings issued a favorable ruling for claimant and rejected the government's unlawful detainer action. The court directed that the property to be returned to claimants.

> Claimants was thereafter unlawfully evicted by force without process following the ruling by the court in the unlawful detainer proceedings.

CLAIM OF ORAH NICHERIE AND TESTAMENT FARMING AND TRUST

1

2 | t

3     I declare under penalty of perjury that the foregoing is true and

4 correct. Executed in Santa Monica, California on January 28, 2011.

5

6 ORAH NICHERIE,

7 Individually and on behalf of the

Testament Fund trust

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

H