EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-6269
    E-mail:   Monica.Tait@usdoj.gov

JS-3

FILED
CLERK, U.S. DISTRICT COURT

June 7, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ROBERT TRINGHAM,

        Defendant.

No. CR 09-490 SJO

ORDER CONCERNING RESOLUTION OF COUNT 11 (FORFEITURE)

    The court, having reviewed the GOVERNMENT'S REPORT CONCERNING RESOLUTION OF COUNT 11 (FORFEITURE), ORDERS that Count 11 was finally resolved by the Preliminary Order of Forfeiture (docket no. 100) and

//

the Judgment and Commitment Order (docket no. 180).

    IT IS SO ORDERED.

June 7, 2016.

*S. James Otero*

_____  _____
DATE                             HONORABLE S. JAMES OTERO
                                 UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
MONICA E. TAIT
Assistant United States Attorney

2